IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 07-168 (RWR) ) |
| LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, | ) ) ) |
| Defendant. | ) ) |

Pursuant to Local Civil Rule 83.6(a), Robert J. Katerberg, Trial Attorney, U.S. Department of Justice, hereby enters his appearance as counsel for defendant Linda M. Springer, Director of the U.S. Office of Personnel Management.

Dated: March 22, 2007

Of Counsel:

KERRY B. McTIGUE
General Counsel

KATHIE A. WHIPPLE
STEVEN E. ABOW
RISA B. CHERRY
Office of the General Counsel
U.S. Office of Personnel Management
1900 E Street NW
Washington, D.C. 20415
(202) 606-1700

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Director

  /s/ Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:   (202) 616-8298
Facsimile:    (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for Defendant