IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civ. A. No. 07-168 (RWR) <br> ) |
| LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, | ) <br> ) <br> ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendant, by and through undersigned counsel, hereby moves unopposed for an enlargement of time in which to answer or otherwise respond to the complaint. In support of this motion, Defendant respectfully states as follows:

1. Plaintiff filed its complaint on January 24, 2007 (dkt. no. 1). Undersigned counsel has been advised that service on the United States Attorney's Office was made on January 31, 2007.

2. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), defendant's answer or other response is currently due on April 2, 2007.

3. Due to additional commitments and scheduling conflicts, defendant and undersigned counsel need additional time to prepare defendant's answer or response to the complaint.

4. Defendant requests that the time to answer or respond to the complaint be extended by thirty (30) days to May 2, 2007.

5. Undersigned counsel has conferred with counsel for plaintiff, who indicated that

plaintiff does not oppose this extension.

WHEREFORE, defendant respectfully requests that this unopposed motion for an enlargement of time be granted and that defendant's time to answer or otherwise respond to the complaint be extended to May 2, 2007. A proposed order is submitted herewith.

Dated: March 22, 2007                                   Respectfully submitted,

Of Counsel:                                             PETER D. KEISLER
                                                        Assistant Attorney General
KERRY B. McTIGUE
General Counsel                                         JEFFREY A. TAYLOR
                                                        United States Attorney
KATHIE A. WHIPPLE
STEVEN E. ABOW                                          SUSAN K. RUDY
RISA B. CHERRY                                          Assistant Director
Office of the General Counsel
U.S. Office of Personnel Management
1900 E Street NW                                          /s/ Robert J. Katerberg
Washington, D.C. 20415                                  ROBERT J. KATERBERG
(202) 606-1700                                           (D.C. Bar No. 466325)
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        20 Massachusetts Avenue, N.W., Room 6112
                                                        Washington, D.C. 20001
                                                        Telephone:    (202) 616-8298
                                                        Facsimile:    (202) 616-8460
                                                        Robert.Katerberg@usdoj.gov

                                                        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 07-168 (RWR) ) |
| LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed motion for an enlargement of time in which to answer or otherwise respond to the complaint, it is hereby

ORDERED that Defendant's motion is GRANTED. Defendant shall answer or otherwise respond to the complaint on or before May 2, 2007.

It is SO ORDERED.

Dated: _____, 2007.

_____
RICHARD W. ROBERTS
U.S. District Judge