IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>       Plaintiff,      )<br>)<br>          v.          )<br>)<br>LINDA M. SPRINGER, Director, )<br> U.S. Office of Personnel  )<br> Management           )<br>)<br>       Defendant.     )<br>) | Civ.A.No. 07-168 (RWR) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS</u>**

Plaintiff National Treasury Employees Union (NTEU) hereby moves for an enlargement of time in which to respond to Defendant's motion to dismiss. In support of this motion, Plaintiff respectfully states as follows:

**1.** Defendant filed a motion to dismiss for lack of subject matter jurisdiction, or in the alternative, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), on May 2, 2007. This motion was filed pursuant to an unopposed thirty (30) day enlargement of time in which to answer or otherwise respond to plaintiff's complaint.

**2.** Pursuant to Local Rule 7(b), plaintiff's response is currently due on May 14, 2007.

1

**3.** Due to additional commitments and scheduling conflicts, the undersigned counsel need additional time to prepare plaintiff's response to the motion to dismiss.

**4.** Plaintiff requests that the time to respond to the motion to dismiss be extended by thirty (30) days, to June 13, 2007.

**5.** Undersigned counsel has conferred with counsel for defendant, who indicated that defendant does not oppose this motion.

Wherefore, plaintiff respectfully requests that this unopposed motion for an enlargement of time be granted and that plaintiff's time to respond to defendant's motion to dismiss be extended to June 13, 2007. A proposed Order is submitted herewith.

Respectfully submitted,

_____
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

_____
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

_____
LARRY J. ADKINS
Deputy General Counsel
D.C. Bar No. 425653

```
                                  _____
                                  TIMOTHY B. HANNAPEL
                                  Assistant Counsel
                                  D.C. Bar No. 412245

                                  NATIONAL TREASURY EMPLOYEES
                                  UNION
                                  1750 H Street, NW
                                  Washington, DC 20006
                                  Telephone:  (202) 572-5500
                                  Facsimile:  (202) 572-5645

Date: May 10, 2007                Attorneys for Plaintiffs
```

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civ.A.No. 07-168 (RWR) |
| LINDA M. SPRINGER, Director, ) | |
| U.S. Office of Personnel ) | |
| Management, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's unopposed motion for enlargement of time in which to respond to Defendant's motion to dismiss, it is hereby

ORDERED, that Plaintiff's motion is GRANTED. Plaintiff shall respond to Defendant's motion to dismiss on or before June 13, 2007.

It is so ORDERED.

Dated: _____, 2007

                                     _____
                                     RICHARD W. ROBERTS
                                     U.S. District Judge