IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br> LINDA M. SPRINGER, Director, )<br>  U.S. Office of Personnel )<br>  Management )<br>  )<br>    Defendant. )<br>  ) | Civ. A. No. 07-168 (RWR) |

**PLAINTIFF'S MOTION REQUESTING A STATUS CONFERENCE**

Plaintiff National Treasury Employees Union (NTEU) hereby respectfully requests that this Court issue an order scheduling a status conference in this matter. The grounds for this request are as follows:

**1.** On May 2, 2007, the government filed a Motion to Dismiss For Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim, alleging four grounds for dismissal.

**2.** On June 13, 2007, NTEU filed a Motion for Order Requiring Defendant to File the Administrative Record, and for an enlargement of time to respond to the government's motion, explaining that it needed access to the administrative record in order to respond to two of the grounds for dismissal raised by the government. On June 26, 2007, the government filed an opposition to this motion, and on July 5, 2007, NTEU filed a reply to the government's opposition.

**3.** The government's Motion to Dismiss For Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim, and NTEU's Motion for Order Requiring Defendant to File the Administrative Record, both remain pending before this Court.

**4.** In the interest of moving this matter forward, NTEU is filing--simultaneously herewith--its opposition, in part, to the government's Motion to Dismiss, responding to three of the four grounds for dismissal raised by the government.

**5.** NTEU believes a status conference could also be helpful in moving this matter forward, in that it would assist the Court in sorting out the somewhat complex current procedural posture of this matter. In particular, NTEU could answer any questions the Court may have regarding its need for the administrative record in order to respond to the fourth, and final, ground for dismissal raised by the government.

Undersigned counsel has conferred with counsel for defendant, who indicated that defendant's position is that a status conference at this time is not necessary. A proposed order is also submitted.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Elaine Kaplan
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

/s/ Larry J. Adkins
LARRY J. ADKINS
Deputy General Counsel
D.C. Bar No. 425653

/s/ Timothy B. Hannapel
TIMOTHY B. HANNAPEL
Assistant Counsel
D.C. Bar No. 412245

/s/ Barbara A. Sheehy
BARBARA A. SHEEHY
Assistant Counsel
* D.C. Bar No. Pending

NATIONAL TREASURY EMPLOYEES
   UNION
1750 H Street, NW
Washington, DC 20006
Telephone:  (202) 572-5500
Facsimile:  (202) 572-5645

Date: April 18, 2008                    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, Director, )<br> U.S. Office of Personnel )<br> Management, )<br>)<br>Defendant. )<br>) | Civ. A. No. 07-168 (RWR) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion Requesting a Status Conference, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.  A status conference is hereby scheduled for April __, 2008 at _____ a.m./p.m.

It is so ORDERED.

Dated: _____, 2008          _____
                                      RICHARD W. ROBERTS
                                      U.S. District Judge