IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civ. A. No. 07-168 (RWR) <br> ) <br> LINDA M. SPRINGER, Director, U.S. Office ) <br> of Personnel Management, ) <br> ) <br> Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION OF DISMISS**

Defendant, by and through undersigned counsel, hereby moves unopposed for an enlargement of time in which to file her reply memorandum in support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim (dkt. no. 4). In support of this motion, defendant respectfully states as follows:

1. On May 2, 2007, defendant filed her Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim (dkt. no. 4).

2. On May 10, 2007, plaintiff National Treasury Employees Union moved unopposed for an extension of time until June 13, 2007 to file its opposition to the motion to dismiss (dkt. no. 5). The requested extension was granted by minute order of May 16, 2007.

3. On June 13, 2007, plaintiff filed a Motion for Order Requiring Defendant to File Administrative Record, and For a Second Enlargement of Time to Respond to Motion to Dismiss (dkt. no. 6). Plaintiff argued that it needed the administrative record in order to respond to two of the four arguments raised in defendants' motion to dismiss, and sought a further enlargement of

time until thirty (30) days after the filing of the administrative record.  Defendant opposed plaintiff's motion (dkt. no. 7) on the ground that the administrative record was unnecessary for resolution of the threshold issues raised by the motion to dismiss.  Defendant also pointed out that, even by plaintiff's own arguments, the claimed need for the administrative record only went to one, not two, of the four arguments raised in her motion to dismiss.  Plaintiff's motion remains pending and the administrative record has not been filed.

4. On April 18, 2008, plaintiff filed an Opposition, in Part, to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, For Failure to State a Claim (dkt. no. 9).  The opposition responds to three of the arguments raised in defendant's motion to dismiss.

5. By operation of Local Civil Rule 7(d), and taking into account the additional three days provided by Fed. R. Civ. P. 6(d), the default due date for defendant's reply memorandum would be April 28, 2008.

6. Due to additional commitments and scheduling conflicts, defendant and counsel need additional time to prepare defendant's reply memorandum.  Plaintiff's partial opposition to the motion to dismiss is 36 pages in length and attaches a number of affidavits.  Moreover, a modest extension of defendant's time to reply is fair and equitable given that plaintiff effectively had almost a year to prepare its partial opposition.

7. Defendant requests that the time to file her reply memorandum be extended by fourteen (14) days to May 12, 2008.

8. Undersigned counsel has conferred with counsel for plaintiff, who indicated that plaintiff does not oppose this extension.

WHEREFORE, defendant respectfully requests that this unopposed motion for an enlargement of time be granted and that defendant's time to file her reply memorandum in support of her motion to dismiss be extended to May 12, 2008.  A proposed order is submitted herewith.

Dated: April 22, 2008                                           Respectfully submitted,

Of Counsel:                                                     JEFFREY S. BUCHOLTZ
                                                                Acting Assistant Attorney General

KERRY B. McTIGUE
General Counsel                                                 JEFFREY A. TAYLOR
                                                                United States Attorney

KATHIE A. WHIPPLE
STEVEN E. ABOW                                                  SUSAN K. RUDY
RISA B. CHERRY                                                  Assistant Director
Office of the General Counsel
U.S. Office of Personnel Management
1900 E Street NW                                                 /s/ Robert J. Katerberg
Washington, D.C. 20415                                          ROBERT J. KATERBERG
(202) 606-1700                                                   (D.C. Bar No. 466325)
                                                                Trial Attorney
                                                                U.S. Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                20 Massachusetts Avenue, N.W., Room 6112
                                                                Washington, D.C. 20001
                                                                Telephone:    (202) 616-8298
                                                                Facsimile:    (202) 616-8460
                                                                Robert.Katerberg@usdoj.gov

                                                                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. A. No. 07-168 (RWR) ) |
| LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, | ) ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed motion for an enlargement of time to file a reply memorandum in support of her motion to dismiss, it is hereby

ORDERED that Defendant's motion is GRANTED. Defendant shall file her reply memorandum on or before May 12, 2008.

It is SO ORDERED.


Dated: _____, 2008.

_____
RICHARD W. ROBERTS
U.S. District Judge