IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. A. No. 07-168 (RWR) |
| LINDA M. SPRINGER, Director, | ) |
| U.S. Office of Personnel | ) |
| Management | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT ON PENDING MOTIONS

Plaintiff National Treasury Employees Union (NTEU) hereby respectfully requests that this Court issue an order scheduling oral argument on the Plaintiff's Motion for Order Requiring Defendant to File the Administrative Record, and the Defendant's Motion to Dismiss.  The grounds for this request are as follows:

1.   On May 2, 2007, the government filed a Motion to Dismiss For Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim, alleging four grounds for dismissal.

2.   On June 13, 2007, NTEU filed a Motion for Order Requiring Defendant to File the Administrative Record, and for an enlargement of time to respond to the government's motion, explaining that it needed access to the administrative record

in order to respond fully to all of the grounds for dismissal raised by the government.  On June 26, 2007, the government filed an opposition to this motion, and on July 5, 2007, NTEU filed a reply to the government's opposition.

3.    In the interest of moving this matter forward, on April 18, 2008, NTEU filed its opposition, in part, to the government's Motion to Dismiss, responding to three of the four grounds for dismissal raised by the government.  The government filed its reply on May 12, 2008.

4.    The government's Motion to Dismiss For Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim, and NTEU's Motion for Order Requiring Defendant to File the Administrative Record, both remain pending before this Court.

5.    Oral argument on the pending motions would assist the Court in addressing the complex legal issues they present, and would materially advance the ultimate resolution of the case.

6.    Undersigned counsel has conferred with counsel for defendant, who indicated that defendant takes no position on this motion.

WHEREFORE, on the basis of the foregoing, plaintiff's motion requesting oral argument should be granted.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel
D.C. Bar No. 254862

/s/ Elaine Kaplan
ELAINE KAPLAN
Senior Deputy General Counsel
D.C. Bar No. 292441

/s/ Timothy B. Hannapel
TIMOTHY B. HANNAPEL
Assistant Counsel
D.C. Bar No. 412245

/s/ Barbara A. Sheehy
BARBARA A. SHEEHY
Assistant Counsel
D.C. Bar No. Pending


NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
Telephone:  (202) 572-5500
Facsimile:  (202) 572-5645

Date: June 25, 2008          Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
NATIONAL TREASURY EMPLOYEES UNION  )
                                   )
          Plaintiff,               )
                                   )
          v.                       )
                                   )  Civ. A. No. 07-168 (RWR)
LINDA M. SPRINGER, Director,       )
 U.S. Office of Personnel          )
 Management,                       )
                                   )
          Defendant.               )
_____)
```

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion Requesting Oral Argument Conference, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.  Oral argument on the pending motions is hereby scheduled for _____ __, 2008 at _____ a.m./p.m.

It is so ORDERED.

Dated: _____, 2008

_____
RICHARD W. ROBERTS
U.S. District Judge