IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, </br></br> Plaintiff, </br></br> v. </br></br> LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. A. No. 07-168 (RWR) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please withdraw Robert J. Katerberg as counsel for the defendant and enter the appearance of Tamara Ulrich as lead counsel for the defendant in the above-captioned action.

The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Dated: August 13, 2008              Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SUSAN K. RUDY
Assistant Director

   *s/ Tamara Ulrich*
TAMARA ULRICH (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-1432

        Facsimile: (202) 616-8470
        Tamara.Ulrich@usdoj.gov

        Attorneys for the Defendant